UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTLAW LABORATORY, LP,<br>　　　　Plaintiff,<br>　　v.<br>BALJIT SINGH,<br>　　　　Defendant. | Case No. 18-cv-01565-WHO<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 28 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: July 12, 2018

WILLIAM H. ORRICK
United States District Judge